THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN
P. TWEED, Appellant.

(Argued June 22, 1882; decided June 30, 1882.)

*Wm. F. Kintzing* for appellant.

*John Vincent* for respondent.

Agree to affirm. No opinion.
All concur, except TRACY, J., absent.
Judgment affirmed.

---

EDWIN F. BOWEN, Appellant, *v.* THE MAYOR, ALDERMEN AND
COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued June 22, 1882; decided June 30, 1882.)

*Oliver W. West* for appellant.

*D. J. Dean* for respondent.

Agree to affirm. No opinion.
All concur, except TRACY, J., absent.
Judgment affirmed.

---

THERON S. ATWATER, Appellant, *v.* ANDREW DIRACOI, Jr., et
al., Respondents.

(Argued June 26, 1882; decided June 30, 1882.)

*Wm. W. Goodrich* for appellant.

*Edward H. Hobbs* for respondents.

Agree to affirm. No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Judgment affirmed.